UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TOM GOELTL and
TERRYLANE GOELTL,

CIVIL NO. 01-2229 (MJD/JGL)

Plaintiffs,

v.

ORDER

ABEX CORPORATION, et al.,

Defendants.

By Order dated December 10, 2001 [Docket No. 6] this case was reassigned to District Court Judge Michael J. Davis and Magistrate Judge Jonathan G. Lebedoff. Therefore, the pretrial conference previously scheduled before the undersigned for January 11, 2002 is canceled.

Dated: January 3, 2002

JOHN M. MASON
United States Magistrate Judge

JAN 03 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK